**Name:**

**John Doe**

**Email Address:**

**injunlyomore.space@gmail.com**

**Phone Number**

**3472133020**

**Are you filing a new case?**

**No, I'm not filing a new case.**

**Case Caption**

**DOE v. UNIVERSITY OF PENNSYLVANIA**

**Case Number**

**26-CV-3449**

**Description of Document(s)**

**PLAINTIFF'S MOTION FOR RECONSIDERATION UNDER LOCAL CIVIL RULE 7.1(g) AND FEDERAL RULE OF CIVIL PROCEDURE 54(B) TO MODIFY DISMISSAL OF STATUTORY DISABILITY CLAIMS FROM WITH PREJUDICE TO WITHOUT PREJUDICE**

**Do you have a mailing address?**

**Yes**

**Mailing Address Line 1**

**5424 Amboy Road**

**City:**

**Staten Island**

**State:**

**New York**

**Zip Code:**

**10312**

**Terms of Submission**

**Yes**

Show empty values